No. 162, Misc. BENNINGS *v.* UNITED STATES. C. A. D. C. Cir. Motion to strike brief of the United States denied. *George F. Bason, Jr.,* for petitioner. *Solicitor*

*General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.